UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | : Crim. No. 11-568 (JLL) |
| v. | : CONTINUANCE ORDER |
| MOISES DIAZ | : |

This matter having been opened to the Court by defendant Moises Diaz (John D. Caruso, Esq., appearing), and Paul J. Fishman, United States Attorney for the District of New Jersey (Anthony J. Mahajan, Assistant U.S. Attorney, appearing) for an order granting a continuance of the proceedings in the above-captioned matter, and the defendant being aware that he has the right to have the matter tried within seventy days of the filing date of the Indictment, pursuant to Title 18 of the United States Code, Section 3161(c), and the defendant having waived such right, and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1. Plea negotiations are in progress. The successful completion of such negotiations may render trial of this matter unnecessary.

2. Defendant has consented to the aforementioned continuance.

3. Pursuant to Title 18 of the United States Code, Section 3161(h)(8), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

WHEREFORE, it is on this 27th day of January 2012,

ORDERED that the proceedings in the above-captioned matter are continued from January 25, 2012, through March 25, 2012;

1

IT IS FURTHER ORDERED that the period between January 25, 2012, through March 25, 2012, shall be excludable in computing time under the Speedy Trial Act of 1974;

IT IS FURTHER ORDERED that if the defendant intends to file motions, his motions shall be filed no later than Feb. 14, 2012

IT IS FURTHER ORDERED that any opposition by the Government to defendant's motions shall be filed no later than Feb. 27, 2012

IT IS FURTHER ORDERED that the hearing on any such motions shall be March 12, 2012

IT IS FURTHER ORDERED that the trial in this matter will commence on March 21, 2012

JOSE L. LINARES
United States District Judge

Requested and Agreed to by:

John D. Caruso, Esq.

Anthony J. Mahajan, AUSA