CJA 20 APPOINTMENT OF AND AUTHORITY TO PAY COURT-APPOINTED COUNSEL (Rev. 12/03)

| 1. CIR./DIST./ DIV. CODE | 2. PERSON REPRESENTED<br>Moises Diaz | | VOUCHER NUMBER | |
|---|---|---|---|---|
| 3. MAG. DKT./DEF. NUMBER | 4. DIST. DKT./DEF. NUMBER<br>2:11-CR-00568-JLL-01 | 5. APPEALS DKT./DEF. NUMBER | | 6. OTHER DKT. NUMBER |

| 7. IN CASE/MATTER OF (Case Name)<br><br>USA v. Moises Diaz | 8. PAYMENT CATEGORY<br>☑ Felony   ☐ Petty Offense<br>☐ Misdemeanor   ☐ Other<br>☐ Appeal | 9. TYPE PERSON REPRESENTED<br>☐ Adult Defendant   ☐ Appellant<br>☑ Juvenile Defendant ☐ Appellee<br>☐ Other | 10. REPRESENTATION TYPE<br>(See Instructions)<br>CC |
|---|---|---|---|

11. OFFENSE(S) CHARGED (Cite U.S. Code, Title & Section) *If more than one offense, list (up to five) major offenses charged, according to severity of offense.*

**21:846 & 21:841 Conspiracy to distribute & possess w/ intent to distribute a controlled substance (ecstasy)**

| 12. ATTORNEY'S NAME (First Name, M.I., Last Name, including any suffix),<br>AND MAILING ADDRESS<br><br>Elizabeth H. Smith<br>Five Cold Hill Road, Suite 9<br>Mendham, NJ 07945<br><br>Telephone Number :    (973) 543-2677 | 13. COURT ORDER<br>☐ O  Appointing Counsel     ☐ C  Co-Counsel<br>☐ F  Subs For Federal Defender   ☐ R  Subs For Retained Attorney<br>☑ P  Subs For Panel Attorney    ☐ Y  Standby Counsel<br><br>Prior Attorney's Name:  John D. Caruso<br>   Appointment Dates:    12/12/2011<br>☐ Because the above-named person represented has testified under oath or has otherwise<br>satisfied this Court that he or she (1) is financially unable to employ counsel and (2) does<br>not wish to waive counsel, and because the interests of justice so require, the attorney whose<br>name appears in Item 12 is appointed to represent this person in this case, OR<br>☐ Other (See Instructions) |
|---|---|
| 14. NAME AND MAILING ADDRESS OF LAW FIRM (Only provide per instructions)<br><br>Elizabeth H. Smith<br>Five Cold Hill Road, Suite 9<br>Mendham, NJ 07945 | Signature of Presiding Judge or By Order of the Court<br>   2/2/2012<br>Date of Order             Nunc Pro Tunc Date<br>Repayment or partial repayment ordered from the person represented for this service at time<br>appointment.    ☐ YES    ☐ NO |

| | CLAIM FOR SERVICES AND EXPENSES | | HOURS<br>CLAIMED | TOTAL<br>AMOUNT<br>CLAIMED | MATH/TECH.<br>ADJUSTED<br>HOURS | MATH/TECH.<br>ADJUSTED<br>AMOUNT | ADDITIONAL<br>REVIEW |
|---|---|---|---|---|---|---|---|
| | CATEGORIES (Attach itemization of services with dates) | | | | | | |
| 15. | a. Arraignment and/or Plea | | | 0.00 | | 0.00 | |
| | b. Bail and Detention Hearings | | | 0.00 | | 0.00 | |
| | c. Motion Hearings | | | 0.00 | | 0.00 | |
| In Court | d. Trial | | | 0.00 | | 0.00 | |
| | e. Sentencing Hearings | | | 0.00 | | 0.00 | |
| | f. Revocation Hearings | | | 0.00 | | 0.00 | |
| | g. Appeals Court | | | 0.00 | | 0.00 | |
| | h. Other (Specify on additional sheets) | | | 0.00 | | 0.00 | |
| | (RATE PER HOUR = $     ) TOTALS: | | 0.00 | 0.00 | 0.00 | 0.00 | |
| 16. | a. Interviews and Conferences | | | 0.00 | | 0.00 | |
| | b. Obtaining and reviewing records | | | 0.00 | | 0.00 | |
| Out of Court | c. Legal research and brief writing | | | 0.00 | | 0.00 | |
| | d. Travel time | | | 0.00 | | 0.00 | |
| | e. Investigative and other work (Specify on additional sheets) | | | 0.00 | | 0.00 | |
| | (RATE PER HOUR = $     ) TOTALS: | | 0.00 | 0.00 | 0.00 | 0.00 | |
| 17. | Travel Expenses (lodging, parking, meals, mileage, etc.) | | | | | | |
| 18. | Other Expenses (other than expert, transcripts, etc.) | | | | | | |
| | **GRAND TOTALS (CLAIMED AND ADJUSTED):** | | | 0.00 | | 0.00 | |

| 19. CERTIFICATION OF ATTORNEY/PAYEE FOR THE PERIOD OF SERVICE<br>FROM:          TO: | | 20. APPOINTMENT TERMINATION DATE<br>IF OTHER THAN CASE COMPLETION | 21. CASE DISPOSITION |
|---|---|---|---|

| 22. CLAIM STATUS    ☐ Final Payment    ☐ Interim Payment Number      ☐ Supplemental Payment |
|---|
| Have you previously applied to the court for compensation and/or reimbursement for this  ☐ YES  ☐ NO   If yes, were you paid?  ☐ YES  ☐ NO<br>Other than from the Court, have you, or to your knowledge has anyone else, received payment (compensation or anything of value) from any other source in connection with this<br>representation? ☐ YES  ☐ NO   If yes, give details on additional sheets.<br>**I swear or affirm the truth or correctness of the above statements.**<br>Signature of Attorney                             Date |

| APPROVED FOR PAYMENT — COURT USE ONLY | | | | |
|---|---|---|---|---|
| 23. IN COURT COMP. | 24. OUT OF COURT COMP. | 25. TRAVEL EXPENSES | 26. OTHER EXPENSES | 27. TOTAL AMT. APPR./CERT.<br>$0.00 |
| 28. SIGNATURE OF THE PRESIDING JUDGE | | | DATE | 28a. JUDGE CODE |
| 29. IN COURT COMP. | 30. OUT OF COURT COMP. | 31. TRAVEL EXPENSES | 32. OTHER EXPENSES | 33. TOTAL AMT. APPROVED<br>$0.00 |
| 34. SIGNATURE OF CHIEF JUDGE, COURT OF APPEALS (OR DELEGATE) Payment approved<br>in excess of the statutory threshold amount. | | | DATE | 34a. JUDGE CODE |